RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyg.com; myk@lnbyg.com; kjm@lnbyg.com

Attorneys for Chapter 11 Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In re:<br><br>CARE FOR THE ELDERLY, INC.,<br><br>    Debtor and Debtor in Possession. | Case No.: 2:26-bk-10221-BR<br><br>Chapter 11 Case<br><br>**STIPULATION REGARDING: (1) *EX PARTE* MOTION FOR CONTINUANCE OF HEARING; (2) INSIDER COMPENSATION REQUESTS; AND (3) MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO COMPENSATE YEHUDA SCHMUKLER FOR POST-PETITION SERVICES PROVIDED TO THE DEBTOR**<br><br><u>Current Hearing</u>:<br>Date:     March 31, 2026<br>Time:    10:00 a.m.<br>Place:   Courtroom 1668<br>            255 E. Temple St.<br>            Los Angeles, CA<br><br><u>Proposed Continued Hearing</u>:<br>Date:     June 2, 2026<br>Time:    10:00 a.m.<br>Place:   Courtroom 1668<br>            255 E. Temple St.<br>            Los Angeles, CA |

Care for the Elderly, Inc., the debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"), Rachel Gindi, as Trustee of the JRG Trust #219 (the

1

"Gindi Trust"), and Yehuda Schmukler ("Mr. Schmukler" and, together with the Debtor and the Gindi Trust, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

## **RECITALS**

1.     On March 10, 2025, the Debtor filed and served that certain *Notice of Hearing on Objection to Notices of Setting Insider Compensation* ("Kohn/Zemel Compensation Notice") [Doc 120] and that certain *Notice of Motion and Motion for Entry of Order Authorizing Debtor to Compensate Yehuda Schmukler for Post-Petition Services Provided to the Debtor* (the "Schmukler Compensation Motion" and together with the Kohn/Zemel Compensation Notice, the "Compensation Requests") [Doc 122].

2.     On March 11, 2026, the Gindi Trust filed and served that certain *Ex Parte Motion For Continuance Of Hearing On The Gindi Trust's Compensation Objection And Debtor's Schmukler Motion* (the "Ex Parte Motion to Continue") [Doc 127].  On March 12, 2026, the Debtor filed an opposition to the Ex Parte Motion to Continue, and the Gindi Trust provided notice of a hearing on the Ex Parte Motion to Continue to be held on March 31, 2026 at 10:00 a.m., at the same time and date as the hearings on the Kohn/Zemel Compensation Notice and the Schmukler Compensation Motion.

3.     On March 4, 2026, the Gindi Trust served written discovery (requests for production, requests for admission, and interrogatories) on the Debtor in connection with the Kohn/Zemel Compensation Notice.

4.     On March 13, 2026 the Gindi Trust served written discovery (requests for production, requests for admission, and interrogatories) on the Debtor in connection with the Schmukler Compensation Motion.

5.     On March 13, 2026, the Gindi Trust issued a subpoena to produce documents to Mr. Schmukler (the "Subpoena" and, together with the discovery served on the Debtor described in Paragraphs 3 and 4 above, the "Compensation Discovery Requests") and filed a notice of intent to serve the Subpoena [Doc 135].  On March 16, 2026, the undersigned counsel for Mr. Schmukler declined to accept service of the Subpoena on behalf of Mr. Schmukler.

2

6. On March 17, 2026, the Gindi Trust filed a preliminary opposition to the Schmukler Compensation Motion [Doc 139].

7. The parties have met and conferred regarding the Ex Parte Motion to Continue and a discovery, briefing, and hearing schedule on the Compensation Requests, and, subject to Court approval, have agreed to the following:

**AGREEMENT**

A. The Debtor's and Mr. Schmukler's respective deadlines to respond to the Compensation Discovery Requests propounded upon them by the Gindi Trust in connection with the Compensation Requests and produce documents in connection therewith is extended to April 28, 2026.

B. Mr. Schmukler's undersigned counsel agrees to accept service via email of the Subpoena, with such service effective as of the execution date of this Stipulation, and Mr. Schmukler agrees that he will not contest the sufficiency of such service of the Subpoena. Subject to the immediately preceding sentence, Mr. Schmukler's and the Gindi Trust's respective rights under Fed. R. Civ. P. 45 are fully reserved, including Mr. Schmukler's right to raise objections or seek protective orders or other relief in connection with the Subpoena, and the Gindi Trust's right to oppose any such actions. Likewise, except as expressly modified herein, the Debtor's and the Gindi Trust's respective rights are fully reserved with respect to the Compensation Discovery Requests, including without limitation to raise objections, seek protective orders, or oppose any such actions.

C. The Gindi Trust reserves the right to seek modification of the schedule herein to the extent it contends the Debtor's or Mr. Schmukler's document production is incomplete.

D. The deposition of Mr. Kohn shall be held on May 1, 2026, the deposition of Mr. Schmukler shall be held during the period of May 5–7, 2026, and the deposition of Mr. Zemel shall be held during the period of May 4–8, 2026, such that all depositions shall be completed by no later than May 8, 2026.

3

E.      Mr. Schmukler's undersigned counsel agrees to accept service of a deposition subpoena on behalf of Mr. Schmukler in connection with the Schmukler Compensation Motion, and Mr. Schmukler agrees that he will not contest the sufficiency of such service.

F.      The Gindi Trust may file supplemental objections to the Compensation Requests by no later than May 15, 2026.

G.      The Debtor may file a reply to any objection or supplemental objection by May 22, 2026.

H.      The hearing on the Compensation Requests shall be continued from March 31, 2026 to June 2, 2026, at 10:00 a.m., or the next available Court hearing date thereafter.

I.      The Ex Parte Motion to Continue and all pleadings filed in support of and in opposition thereto, shall be deemed withdrawn and the hearing thereon shall be deemed vacated upon entry of an order approving this Stipulation.

J.      The schedule set forth herein is based on the expectation that the unlawful detainer trial pending between the Debtor and the Gindi Trust will have concluded by the end of the week of April 13, 2026.  If a jury verdict has not been entered by April 17, 2026, then the dates and deadlines set forth herein shall be further extended, such that the deadline to respond to discovery and produce documents set forth in paragraph A herein shall be deemed extended for a period of 10 days after the entry of a jury verdict in the unlawful detainer trial, the deadlines set forth in paragraphs A, D, F, and G shall be extended for a commensurate period, and a further continued hearing date shall be requested by the parties from the Court.

*[Remainder of page intentionally left blank]*

4

March 20, 2026

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

_/s/ Krikor J. Meshefejian_

RON BENDER
BETH ANN R. YOUNG
MONICA Y. KIM
KRIKOR J. MESHEFEJIAN
Attorneys for Debtor and Debtor in Possession

March 20, 2026

KTBS LAW LLP

Michael L. Tuchin
Samuel M. Kidder
Eitan Arom
Counsel for Rachel Gindi as Trustee of the JRG Trust # 219

March 20, 2026

LESLIE COHEN LAW PC

Leslie A. Cohen
Counsel for Yehuda Schmukler

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Stipulation Regarding: (1) Ex Parte Motion For Continuance Of Hearing; (2) Insider Compensation Requests; And (3) Motion For Entry Of Order Authorizing Debtor To Compensate Yehuda Schmukler For Post-Petition Services Provided To The Debtor** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2026** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> Ron Bender    rb@lnbyg.com
> Leslie A Cohen    leslie@lesliecohenlaw.com,
> jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
> Gregory Kent Jones (TR)    gjones@sycr.com,
> smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
> Samuel M Kidder    skidder@ktbslaw.com
> Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com
> Ron Maroko    ron.maroko@usdoj.gov
> Krikor J Meshefejian    kjm@lnbyg.com
> Robert J Pfister    rpfister@pslawllp.com
> Matthew J Stockl    mstockl@otterbourg.com, nregina@otterbourg.com
> Gary F Torrell    gtorrell@hooperlundy.com
> United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
> Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

**2.  SERVED BY UNITED STATES MAIL**: On **March 23, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐Service list attached

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 23, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>VIA MESSENGER</u>
Honorable Barry Russell
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012                           ☐Service list attached
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 23, 2026 | Kayleen Chang | /s/ Kayleen Chang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**