RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyg.com; myk@lnbyg.com; kjm@lnbyg.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

FILED & ENTERED

APR 01 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:26-bk-10221-BR |
| CARE FOR THE ELDERLY, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING ON A FINAL BASIS DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE CONTINUED USE OF ITS CASH MANAGEMENT SYSTEM; (II) AUTHORIZING THE MAINTENANCE OF DEBTOR'S PRE-PETITION BANK ACCOUNT; AND (III) AUTHORIZING BANK TO RELEASE ADMINISTRATIVE HOLDS AND/OR FREEZES ON THE DEBTOR'S PRE-PETITION ACCOUNT** |
| | Date:     March 10, 2026 |
| | Time:     10:00 a.m. |
| | Place:    Courtroom 1668 |
| | 255 E. Temple St. |
| | Los Angeles, CA |

On March 10, 2026, at 10:00 a.m., the Court held a final hearing on the motion ("Motion") [Doc 10] filed by Care For The Elderly, Inc., the chapter 11 debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for entry of an order: (1)

1

authorizing the continued use of the Debtor's existing cash management system, (2) authorizing the maintenance and continued use of the Debtor's bank account (the "Pre-Petition Account") at J.P. Morgan Chase Bank, N.A. ("Chase Bank"), and (3) authorizing the release of any administrative freezes or holds on the Pre-Petition Account as a result of the bankruptcy filings (or for any other reason).  Appearances were made as set forth in the Court's record.

The Court, having read and considered the Motion, the *Omnibus Declaration Of Elliot Zemel In Support Of Debtor's Emergency "First Day" Motions* [Doc 9] and Exhibit 3 attached thereto filed in support of the Motion, the *Opposition To Emergency Motion Authorizing: (1) Use Of Cash Collateral; (2) Payment Of Pre-Petition Payroll; And (3) Continued Maintenance And Use Of Pre-Petition Bank Account* (the "UST Opposition") [Doc 36] filed by the United States Trustee, and the Debtor's reply [Doc 38] to the UST Opposition, notice of the Motion having been proper under the circumstances, all opposition to the Motion having been resolved, with good cause appearing, orders as follows:

1. The Motion is granted on a final basis as set forth in this Order.

2. The Debtor is authorized to maintain its prepetition cash management system and keep its Pre-Petition Account in place as set forth in this Order.

3. The Debtor shall open a general operating debtor-in-possession account and a payroll debtor-in-possession account (together, the "DIP Accounts").

4. The Debtor shall sweep cash from the Pre-Petition Account to the DIP Accounts on a daily basis time permitted, and in no event less than three times a week, to ensure that the funds in the Pre-Petition Account do not exceed $250,000.

5. The Debtor shall transition disbursements by the Debtor in accordance with the Budget from the Pre-Petition Account to the DIP Accounts, as soon as practicable, but no later than  sixty days from the date of the filing of this case, all disbursements (other than the cash sweeps required under paragraph 4 of this Order) by the Debtor shall be made from the DIP Accounts only.

6. Any holds or freezes on the Pre-Petition Account shall be released and Chase Bank is hereby authorized to release any holds or freezes on the Pre-Petition Account.

2

7.  This Order is without prejudice to the United States Trustee or the Debtor seeking a modification thereof.

**IT IS SO ORDERED.**

# # #

Date: April 1, 2026

_____

Barry Russell
United States Bankruptcy Judge

3