# EXHIBIT 1

Michael L. Tuchin (State Bar No. 150375)
mtuchin@ktbslaw.com
Samuel M. Kidder (State Bar No. 284015)
skidder@ktbslaw.com
Eitan Arom (State Bar No. 342703)
earom@ktbslaw.com
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:      (310) 407-4000
Facsimile:      (310) 407-9090

*Counsel for Rachel Gindi*
*as Trustee of the JRG Trust # 219*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CARE FOR THE ELDERLY, INC.,<br><br>    Debtor and Debtor in Possession. | Case No. 2:26-bk-10221-BR<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR REMOVAL OF THE DEBTOR IN POSSESSION UNDER 11 U.S.C. § 1185** |

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

The Court, having considered the Motion for Removal of the Debtor in Possession Under 11 U.S.C. § 1185 (the "Motion") filed by Rachel Gindi, as Trustee of the JRG Trust # 219, the memorandum of points and authorities filed in support thereof, the declarations and exhibits filed therewith, all other pleadings, oppositions, objections, and replies filed in connection therewith, and the arguments of counsel made at the hearing on the Motion; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and, due and appropriate notice of the Motion having been given under the circumstances, with good and sufficient cause appearing to grant the relief requested therein, hereby orders as follows:

1.      The Motion is **GRANTED**.  Any oppositions and objections filed to the Motion and not resolved are hereby overruled.

2.      Care for the Elderly, Inc. (the "Debtor") is hereby removed as debtor in possession and shall not be debtor in possession pursuant to section 1185(a) of Title 11 of the United States Code (the "Bankruptcy Code").

3.      Gregory K. Jones, in his capacity as subchapter-V trustee of the Debtor (the "Trustee"), shall have all powers, privileges, authorities, and rights assigned to a trustee under the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including but not limited to the power and authority: to act as the representative of the estate and to sue and be sued in such capacity under 11 U.S.C. § 323; to sell, lease, use, or dispose of property of the estate under 11 U.S.C. § 363; to assume or reject executory contracts and unexpired leases of the Debtor under 11 U.S.C. § 365; to object to the allowance of claims under 11 U.S.C. § 502 and prosecute and settle such claim objections; to prosecute and settle avoidance actions and take other actions under chapter 5 of the Bankruptcy Code and applicable nonbankruptcy law; to operate the Debtor's business under 11 U.S.C. § 1108; and to prosecute—or appear in and defend—any pending action or proceeding by or against the Debtor and/or to commence and prosecute in any tribunal an action or proceeding on the estate's behalf under Bankruptcy Rule 6009; in each case subject to Court approval to the extent provided in the Bankruptcy Code or Bankruptcy Rules.

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1

4. The Trustee is authorized and directed to select a manager for the Debtor's skilled nursing facility acceptable to the California Department of Public Health.

5. This order is effective immediately upon the entry hereof.

### 

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000