| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael L. Tuchin (State Bar No. 150375)<br>mtuchin@ktbslaw.com<br>Samuel M. Kidder (State Bar No. 284015)<br>skidder@ktbslaw.com<br>Eitan Arom (State Bar No. 342703)<br>earom@ktbslaw.com<br>KTBS LAW LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br>Telephone:      (310) 407-4000<br>Facsimile:       (310) 407-9090<br><br>☐   Individual *appearing without an attorney*<br>☒   *Attorney for:* Rachel Gindi as Trustee of the JRG Trust # 219 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>CARE FOR THE ELDERLY, INC.,<br><br><br><br><br><br><br><br><br>Debtor. | CASE NO.: 2:26-bk-10221-BR |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**   <u>MOTION FOR ENTRY OF ORDER: (1) DISMISSING THIS CHAPTER 11 CASE; (2) AUTHORIZING AND DIRECTING THE PAYMENT OF ALL UNDISPUTED AND LIQUIDATED CLAIMS; AND (3) GRANTING RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES</u> |

PLEASE TAKE NOTE that the order titled <u>ORDER DENYING MOTION FOR ENTRY OF ORDER: (1) DISMISSING THIS CHAPTER 11 CASE; (2) AUTHORIZING AND DIRECTING THE PAYMENT OF ALL UNDISPUTED AND LIQUIDATED CLAIMS; AND (3) GRANTING RELATED RELIEF</u> was lodged on <u>June 10, 2026</u> and is attached.  This order relates to the motion which is docket number <u>181</u>.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Michael L. Tuchin (State Bar No. 150375)
mtuchin@ktbslaw.com
Samuel M. Kidder (State Bar No. 284015)
skidder@ktbslaw.com
Eitan Arom (State Bar No. 342703)
earom@ktbslaw.com
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

*Counsel for Rachel Gindi*
*as Trustee of the JRG Trust # 219*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CARE FOR THE ELDERLY, INC.,<br><br>Debtor and Debtor in Possession. | Case No. 2:26-bk-10221-BR<br><br>Chapter 11<br><br><br>**ORDER DENYING MOTION FOR ENTRY OF ORDER: (1) DISMISSING THIS CHAPTER 11 CASE; (2) AUTHORIZING AND DIRECTING THE PAYMENT OF ALL UNDISPUTED AND LIQUIDATED CLAIMS; AND (3) GRANTING RELATED RELIEF** |

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

The Court has read and considered the *Notice of Motion and Motion for Entry of Order: (1) Dismissing this Chapter 11 Case; (2) Authorizing and Directing the Payment of All Undisputed and Liquidated Claims; and (3) Granting Related Relief; Memorandum of Points and Authorities* [Dkt. 181] (the "Motion"); the declaration of Elliot Zemel in support of the Motion [Dkt. 181 at 14–21]; the oppositions to the Motion filed by Rachel Gindi, as Trustee of the JRG Trust # 219 (the "Gindi Trust") [Dkt. 204] and creditor Rodolfo Abuyuan [Dkt. 210]; the evidentiary objections filed by the Gindi Trust [Dkt. 205] (the "Evidentiary Objections"); the Debtor's reply in support of the Motion [Dkt. 211]; and the Debtor's reply to the Evidentiary Objections [Dkt. 217].  The Court held a hearing on the Motion on June 9, 2026.

For the reasons stated on the record:

1.      The Motion is denied.

2.      The Court's rulings on the Evidentiary Objections set forth on the record are adopted and incorporated herein.

# # #

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1

APPROVED AS TO FORM:

_____
Ron Bender
Beth Ann R. Young
Monica Y. Kim
Krikor J. Meshefejian
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
*Counsel for Debtor*

_____
Robert J. Pfister
PFISTER & SASO, LLP
*Counsel for Creditor Rodolfo Abuyuan*

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

2

APPROVED AS TO FORM:

_____

Ron Bender
Beth Ann R. Young
Monica Y. Kim
Krikor J. Meshefejian
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
*Counsel for Debtor*

_____

Robert J. Pfister
PFISTER & SASO, LLP
*Counsel for Creditor Rodolfo Abuyuan*

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1801 Century Park East, 26th Floor, Los Angeles, CA 90067.


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 11, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHMENT

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 11, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

PERSONAL DELIVERY VIA MESSENGER
The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1660
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 11, 2026 | Shanda D. Pearson | /s/ Shanda D. Pearson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**COUNSEL FOR DEBTOR**
- **Ron Bender** rb@lnbyg.com
- **Krikor J Meshefejian** kjm@lnbyg.com
- **Monica Y Kim** myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Beth Ann R. Young** bry@lnbyg.com, bry@lnbyb.com
- **Gary F Torrell** gtorrell@hooperlundy.com

**COUNSEL FOR UNITED STATES TRUSTEE**
- **Ron Maroko** ron.maroko@usdoj.gov
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**COUNSEL FOR SUBCHAPTER-V TRUSTEE**
- **Gregory Kent Jones (TR)** gjones@sycr.com; smjohnson@sycr.com; C191@ecfcbis.com; cpesis@stradlinglaw.com

**ADDITIONAL PARTIES AND COUNSEL**
- **Leslie A. Cohen** leslie@lesliecohenlaw.com
- **Samuel M. Kidder** skidder@ktbslaw.com
- **Robert J. Pfister** rpfister@pslawllp.com
- **Matthew J. Stockl** mstockl@otterbourg.com
- **Tamar Terzian** tamar@terzlaw.com, tkouyoum@gmail.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.